UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-cr-146(4) (SRN) |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| KEVIN ROBERTSON, | ) | |
| Defendant. | ) | |

Melinda A. Williams and Michael Patrick McBride, United States Attorney's Office, 300 S. 4th St., Ste. 600, Minneapolis, MN 55415, counsel for the Government.

Lisa M. Lopez, Federal Defender's Office, 107 U.S. Courthouse, 300 S. 4th St., Minneapolis, MN 55415, counsel for Defendant.

Before the Court is Defendant Kevin Robertson's Motion to Obtain Reports from U.S. Probation and Pretrial Services – District of Minnesota [Doc. No. 265]. Mr. Robertson requests the release of any and all information related to his stay at RS Eden West, from December 2023 to January 2024, to his attorney, Lisa Lopez, Assistant Federal Defender. Mr. Robertson requested the materials directly from RS Eden West pursuant to his consent and signed "Release of Information" form. His counsel was informed, however, that U.S. Probation and Pretrial Services holds the information and will only release it to counsel pursuant to Court Order. His counsel requests the information, including any programming information as well as the termination report, in order to prepare for Mr. Robertson's detention hearing and preliminary revocation hearing scheduled for January 16, 2024, at 10:30 a.m.

The Court finds that counsel for Mr. Robertson has shown a specific need for the requested information, which is not directly available from the halfway house itself. Accordingly, his motion for the release of the records related to his stay at RS West Eden, from December 2023 to January 2024, in the possession of U.S. Probation and Pretrial Services – District of Minnesota, is granted. The records, including any programming information as well as the termination report, shall be promptly produced to counsel for Mr. Robertson.

Accordingly, **IT IS HEREBY ORDERED** that

1. Defendant's Motion to Obtain Reports from U.S. Probation and Pretrial Services – District of Minnesota [Doc. No. 265], consistent with this Order, is **GRANTED**.

Dated: January 12, 2024

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge
